# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

37-2007-00057263-CU-BT-NC

| | |
|---|---|
| RACHEL GASSO, on behalf of herself and all consumers similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTAR MARKETING GROUP, INC., ALLSTAR MARKETING GROUP, LLC, ALLSTAR MARKETING CORP., and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 07 CV 2235 BTM (BLM)<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

Based on the stipulation and joint motion of the parties hereto, IT IS HEREBY ORDERED that this Action is remanded to the San Diego County Superior Court, and that the hearings presently scheduled for January 25, 2008 are taken off calendar.

DATED: January 14, 2008

_____
The Honorable Barry Ted Moskowitz